**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**OLLIE LADNIER** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 1:03cv727LG-RHW**

**JO ANNE BARNHART,** **DEFENDANT**
**COMMISSIONER OF SOCIAL SECURITY**

**FINAL JUDGMENT**

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge Robert H. Walker [14-1] entered in this cause on August 24, 2006. The Court, having adopted said Report and Recommendation as the finding of this Court by separate Order entered this date, finds that the Commissioner's Decision should be affirmed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that the above captioned cause be, and the same is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 19th day of September, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE